**QIU JIN LI, a.k.a. Quijin Li, a.k.a. Qujing Li, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72587.

United States Court of Appeals, Ninth Circuit.

Sept. 26, 2013 *.

Qiu Jing Li, Temple City, CA, pro se.

Thomas Ogden, Law Offices of Thomas Ogden, Alhambra, CA, for Petitioner.

Justin Robert Markel, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

### MEMORANDUM **

Qiu Jin Li, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to remand and dismissing her appeal from an immigration judge's ("IJ") decision denying her application for asylum. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo due process contentions, *Yan Liu v. Holder*, 640 F.3d 918, 930 (9th Cir.2011), and we

---

*See* Fed. R.App. P. 34(a)(2). We deny Li's request for oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

dismiss in part and deny in part the petition for review.

Li's only contention is that the IJ violated her due process rights by compelling her to reveal privileged attorney-client communications. We lack jurisdiction to consider this contention because Li did not raise it to the BIA. *See Tall v. Mukasey,* 517 F.3d 1115, 1120 (9th Cir.2008).

Li does not otherwise challenge the BIA's dispositive adverse credibility findings. Accordingly, we deny the petition. **PETITION FOR REVIEW DISMISSED in part; DENIED in part.**